IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES L. JEFFERSON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ALFRED McCLENDON, et al.,<br><br>　　　　Defendants.<br>_____ / | 1:06-CV-00723-OWW-SMS-P<br><br>ORDER VACATING ORDER OF<br>JULY 17, 2006<br>(DOCUMENT #5)<br><br>ORDER GRANTING MOTION TO<br>PROCEED IN FORMA PAUPERIS<br>(DOCUMENT #4) |

　　　　Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On July 17, 2006, the court issued an order for plaintiff to submit a new application to proceed in forma pauperis and a certified copy of his prison trust account statement, pursuant to 28 U.S.C. § 1915, or in the alternative, to pay the $350.00 filing fee for this action. A review of plaintiff's file shows that he submitted a completed application to proceed in forma pauperis and a certified copy of his trust account statement on July 10, 2006. Therefore, the court's order of July 17. 2006, shall be vacated. Additionally, in light of the fact that plaintiff has submitted a declaration that makes the showing required by § 1915(a), the motion to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

　　　　Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff is required to pay the statutory filing fee of $350.00 for this action. An initial partial filing fee of $2.39 will be assessed by this order. 28 U.S.C.

1

1  § 1915(b)(1). By separate order, the court will direct the appropriate agency to collect the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the Court. Thereafter, plaintiff will be obligated for monthly payments of twenty percent of the preceding month's income credited to plaintiff's prison trust account. These payments will be forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

In accordance with the above, IT IS HEREBY ORDERED that:

1. The court's order of July 17, 2006, which ordered plaintiff to submit a new application to proceed in forma pauperis and a certified copy of his trust account, is VACATED in its entirety;

2. Plaintiff's request for leave to proceed in forma pauperis is granted; and

3. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. Plaintiff is assessed an initial partial filing fee of $2.39. All fees shall be collected and paid in accordance with this court's order to the Director of the California Department of Corrections filed concurrently herewith.

IT IS SO ORDERED.

**Dated:   August 23, 2006**              /s/ Sandra M. Snyder
b6edp0                                   UNITED STATES MAGISTRATE JUDGE