UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES L. JEFFERSON, | 1:06-cv-00723-OWW-SMS-P |
| Plaintiff, | **ORDER VACATING FINDINGS AND RECOMMENDATIONS ISSUED JANUARY 31, 2007.  (Doc. 15.)** |
| vs. | |
| ALFRED McCLENDON, et al., | |
| Defendants. | |

James L. Jefferson ("Plaintiff") is a prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On January 31, 2007, the Magistrate Judge filed Findings and Recommendation herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendation were to be filed within fifteen (15) days.  On February 21, 2007, Plaintiff filed objections to the Magistrate Judge's Findings and

1

Recommendation. Plaintiff states that he is unsure why his mail was returned to the Court but that he is still located at the same institution and address. Plaintiff requests that his case not be dismissed. Based on Plaintiff's explanation, the Court will VACATE the previously issued Findings and Recommendations and proceed with Plaintiff's case. Plaintiff is advised to keep the Court apprised of his current address at all times so as to avoid any dismissal based on the return of mail.

    Accordingly, the Court ORDERS:

1.   The Findings and Recommendations issued January 31, 2007, are VACATED.

The Court will proceed with Plaintiff's case in due course.

IT IS SO ORDERED.

**Dated: March 16, 2007**          /s/ Sandra M. Snyder
icido3                              UNITED STATES MAGISTRATE JUDGE