**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| James L. Jefferson, | ) | No. 1:06-cv-00723-DGC |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| B. Cooke, | ) | |
| Defendant. | ) | |

On August 21, 2009, Defendant Cooke filed a motion to dismiss the amended complaint on the ground that Plaintiff failed to exhaust administrative remedies. Dkt. #28. Plaintiff shall file a response to the motion by October 30, 2009. Defendant may file a reply by November 13, 2009. Plaintiff is advised that if he fails to comply with this order, the Court may dismiss the action with prejudice. *See* Fed. R. Civ. P. 41(b); *see Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir.1992); *Ghazali v. Moran*, 46 F.3d 52, 54 (9th Cir. 1995).

**IT IS ORDERED:**

1. Plaintiff shall file a response to Defendant's motion to dismiss (Dkt. #28) by **October 30, 2009**.

2. Defendant may file a reply by **November 13, 2009**.

3.    This action may be dismissed if Plaintiff fails to comply with this order.

DATED this 1st day of October, 2009.

*David G. Campbell*
_____
David G. Campbell
United States District Judge