**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James L. Jefferson, ) | No. 1:06-cv-00723-DGC |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| B. Cooke, ) | |
| Defendant. ) | |

On August 21, 2009, Defendant Cooke filed a motion to dismiss the amended complaint on the ground that Plaintiff failed to exhaust administrative remedies. Dkt. #28. The Court ordered Plaintiff to file a response to the motion by October 30, 2009. Dkt. #29.

Plaintiff has filed a motion for appointment of counsel. Dkt. #31. There is no constitutional right to appointed counsel in a civil case. *See Ivey v. Bd. of Regents of Univ. of Alaska*, 673 F.2d 266, 269 (9th Cir. 1982). Plaintiff has not shown, and the Court does not otherwise find, the exceptional circumstances necessary for appointment of counsel. *See* 28 U.S.C. § 1915(e)(1); *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986); *Aldabe v. Aldabe*, 616 F.2d 1089, 1093 (9th Cir. 1980). The Court will deny Plaintiff's motion.

Plaintiff has filed a motion to continue. Dkt. #32. Plaintiff asserts that he filed administrative grievances on Defendant, that he has supporting evidence in his possession, and that he can provide this evidence to the Court upon request. *Id.* Plaintiff may file any such evidence with his response to Defendant Cooke's motion to dismiss. Plaintiff shall file

his response to the motion **no later than December 4, 2009**. Plaintiff is advised that the Court will not grant further extensions absent truly extraordinary circumstances. Plaintiff is further advised that if he fails to comply with this order, the Court may dismiss the action with prejudice. *See* Fed. R. Civ. P. 41(b); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir.1992); *Ghazali v. Moran*, 46 F.3d 52, 54 (9th Cir. 1995).

**IT IS ORDERED:**

1. Plaintiff's motion for appointment of counsel (Dkt. #31) is **denied**.
2. Plaintiff's motion to continue (Dkt. #32) is **granted**. No further extensions will be granted absent truly extraordinary circumstances.
3. Plaintiff shall file a response to Defendant's motion to dismiss (Dkt. #28) by **December 4, 2009**.
4. Defendant shall file a reply by **December 18, 2009**.
5. This action may be dismissed with prejudice if Plaintiff fails to comply with this order.

DATED this 4th day of November, 2009.

_____
David G. Campbell
United States District Judge