WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James L. Jefferson,<br><br>    Plaintiff,<br>vs.<br><br>B. Cooke,<br><br>    Defendant. | No. 1:06-cv-00723-DGC<br><br>**ORDER** |

Plaintiff James Jefferson, an inmate at a California state prison, filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983 (Docs. 1, 2), which was superseded by an amended complaint (Doc. 21).  Defendant filed a motion to dismiss the amended complaint on the ground that Plaintiff failed to exhaust his administrative remedies.  Doc. 28.  On January 26, 2010, the Court granted the motion to dismiss and the Clerk entered judgment accordingly.  Docs. 41, 42.

Plaintiff filed a motion to continue the amended complaint on February 1, 2010 (Doc. 43), and three weeks later filed a notice of appeal (Doc. 44).  The Court of Appeals for the Ninth Circuit has filed a memorandum decision affirming the dismissal order and judgment.  Doc. 49.

**IT IS THEREFORE ORDERED:**

1.    Plaintiff's motion to continue amended complaint (Doc. 43) is **denied** as moot.

2.    The case remains terminated.  *See* Docs. 41, 42.

DATED this 12th day of April, 2011.

David G. Campbell
United States District Judge